AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:20-mj-00074 |
| | ) |
| Brian Joseph Sutton | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 31, 2020 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See affidavit, attached hereto

☒ Continued on the attached sheet.

By phone
*Complainant's signature*

Dominic Sanchez, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:05 a.m./p.m.

Date: 04/02/2020

*Judge's signature*

City and state: Portland, Oregon    Honorable Stacie F. Beckerman
*Printed name and title*